FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0501

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0501

NETZER, KRAUTTER & BROWN, P.C. and DONALD L. NETZER,

Plaintiffs, Appellants and Cross-Appellees,

v.

STATE OF MONTANA by and through AUSTIN KNUDSEN
In his official capacity as Attorney General and LAURIE ESAU,
Montana Commissioner of Labor and Industry,

Defendants, Appellees and Cross-Appellants.

ORDER

Upon consideration of Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' are granted an extension of time to and including December 2, 2024, within which to prepare, file and serve Appellants' opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 31 2024